**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
SEP 24 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA** )
)
**V.** ) **MISC. NO: 1:07MJ57A**
)
**LEI JIN** )

**MOTION TO UNSEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant United States Attorney, and moves that the Warrant for Arrest, Criminal Complaint, and Affidavit be unsealed.

The Grand Jury has returned an Indictment in the case. The Indictment is not sealed. The United States believes that there is no reason for the continued sealing of this document.

ADI GOLDSTEIN
Assistant U.S. Attorney

PER ORDER,

__________________________
Deputy Clerk

ENTER:

__________________________ DATE:______________

LINCOLN D. ALMOND
United States Magistrate Judge
United States District Court