IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE SEARCH WARRANT | ) | |
| | ) | Misc. No.1:07MJ57A |
| | ) | |

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and moves that this Motion to Seal and the attached Warrant for Arrest, Supporting Affidavit, Criminal Complaint, and Criminal Cover Sheet be sealed until further Order of this Court.

Respectfully submitted,

United STATES OF AMERICA

By its attorneys

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney